■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO SANCHEZ, Appellant. [863 NYS2d 386]—Judgment, Supreme

Court, New York County (A. Kirke Bartley, Jr., J.), rendered on or about April 25, 2007, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Buckley, Moskowitz, Renwick and DeGrasse, JJ.